UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KENNETH TABAZCKA,**

      **Plaintiff,**

v.                               Case No: 6:19-cv-2402-Orl-22GJK

**MIRAMED REVENUE GROUP, LLC,**

      **Defendant.**

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. The Plaintiff filed his Notice of Pendency of Related Actions (Doc. No. 6) but failed to file his Certificate of Interested Persons. It is hereby

**ORDERED** that no later than January 27, 2020, the Plaintiff shall file a written response why sanctions should not be imposed for failure to respond to the Interested Persons Order (Doc. No. 3), responses to which were due by January 6, 2020. Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 13, 2020.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties