# UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KENNETH TABACZKA

    Plaintiff,

v.                                  Case No.: 6:19-cv-2402-Orl-22GJK

MIRAMED REVENUE GROUP, LLC.

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Plaintiff, Kenneth Tabaczka
    2205 Winnebago Trl.
    Fern Park FL 32730-3009

    Counsel for Plaintiff, Jason R. Kobal, Esq.
    Kobal Law, P.A.
    12169 W. Linebaugh Ave,
    Tampa FL 33626

    Defendant, Miramed Revenue Group LLC
    c/o Hinshaw & Culbertson LLP
    2525 Ponce de Leon Boulevard – 4th Fl
    Coral Gables, FL 33134

    Counsel for Defendant, Neda Ghomeshi, Esq.
    Hinshaw & Culbertson LLP
    2525 Ponce de Leon Boulevard
    4th Floor, Coral Gables, FL 33134

    Counsel for Defendant, Barbara Fernandez, Esq.
    Hinshaw & Culbertson LLP
    2525 Ponce de Leon Boulevard
    4th Floor
    Coral Gables, FL 33134

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  N/A

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  N/A

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  Kenneth Tabaczka

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed through the CM/ECF system on this 14th of January 2020 and that a copy will be served upon counsel for the defendant Barbara Fernandez, at bfernandez@hinshawlaw.com

            Respectfully submitted,

/s/ *Jason R. Kobal*
JASON R. KOBAL, ESQ.
KOBAL LAW, P.A.
12169 W. Linebaugh Ave.
Tampa, FL 33626
813-873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253
Attorney for Plaintiff