UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KENNETH TABAZCKA,**

       **Plaintiff,**

**v.**                                                         Case No:  6:19-cv-2402-Orl-22GJK

**MIRAMED REVENUE GROUP, LLC**
**and LIFEWATCH SERVICES, INC.,**

       **Defendants.**

## ORDER

Upon a review of the docket, it appears that attorney Joel A. Brown has not registered for participation in the Court's mandatory electronic filing system, as required by Local Rule 2.01(d) and the Administrative Procedures for Electronic Filing in Civil and Criminal Cases. Mr. Brown is hereby **ORDERED** to register with the Court's CM/ECF system within 14 days of the date of this Order, and file a paper certifying compliance with same. Once registered, the Clerk will no longer mail paper copies of filings.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 2, 2020.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties