UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:19-CV-02402

KENNETH TABACZKA,

    Plaintiff,

v.

MIRAMED REVENUE GROUP, LLC, and
LIFEWATCH SERVICES INC,

    Defendants.
_____/

### PLAINTIFF'S FIRST AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff KENNETH TABACZKA ("Plaintiff"), by and through undersigned counsel, disclose the following pursuant to this Court's Order [D.E. 3]:

**1.   The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case**:

    (a)    Plaintiff Kenneth Tabaczka;

    (b)    Plaintiff's attorney, The Law Offices of Jibrael S. Hindi, PLLC;

    (c)    Plaintiff's attorney, Jibrael S. Hindi, Esq.;

    (d)    Plaintiff's attorney, Thomas J. Patti, Esq.;

    (e)    Plaintiff's attorney, Consumer Advocates Law Group, PLLC;

    (f)    Plaintiff's attorney, Paul A. Herman, Esq.,

    (g)    Plaintiff's attorney, Friedman & Brown, LLC;

(h)  Plaintiff's attorney, Joel A. Brown, Esq.;

(i)  Defendant Miramed Revenue Group, LLC;

(j)  Defendant Miramed Revenue Group, LLC's attorney, Hinshaw & Culbertson, LLP;

(k)  Defendant Miramed Revenue Group, LLC's attorney, Barbara Fernandez, Esq.;

(l)  Defendant Miramed Revenue Group, LLC's attorney, Peter Hernandez, Esq.;

(m)  Defendant Miramed Revenue Group, LLC's attorney, Neda Ghomeshi, Esq.;

(n)  Defendant LifeWatch Services Inc.;

(o)  Defendant LifeWatch Services, Inc.'s attorney, Hinshaw & Culbertson, LLP;

(p)  Defendant LifeWatch Services, Inc.'s attorney, Peter Hernandez, Esq.; and

(q)  Defendant LifeWatch Services, Inc.'s attorney, Barbara Fernandez, Esq.

**2.   The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings**:

(a)  None.

**3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the twenty (20) largest unsecured creditors) in bankruptcy cases**:

(a)  Notwithstanding the individuals and entities identified in *Supra* ¶ 1, none.

**4.   The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution**:

(a)  Plaintiff Kenneth Tabaczka.

## **CERTIFICATE OF NON-CONFLICT**

I, Jibrael S. Hindi, certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

DATED: March 10, 2020

                                      Respectfully Submitted,

                                      /s/ Jibrael S. Hindi
                                    **JIBRAEL S. HINDI, ESQ.**
                                    Florida Bar No.: 118259
                                    E-mail:   jibrael@jibraellaw.com
                                    The Law Offices of Jibrael S. Hindi
                                    110 SE 6th Street, Suite 1744
                                    Fort Lauderdale, Florida 33301
                                    Phone:     954-907-1136
                                    Fax:         855-529-9540

                                    *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 10, 2020, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                                      /s/ Jibrael S. Hindi
                                    **JIBRAEL S. HINDI, ESQ.**
                                    Florida Bar No.: 118259

PAGE | **3** of **3**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com