UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:19-cv-02402-ACC-GJK

KENNETH TABAZCKA,

    Plaintiff,

v.

MIRAMED REVENUE GROUP, LLC
and LIFEWATCH SERVICES, INC.,

    Defendants.
_____/

## RESPONSE TO ORDER DIRECTING COMPLIANCE [D.E. 35]

Plaintiff KENNETH TABAZCKA ("Plaintiff"), by and through undersigned counsel, submits this Response to this Court's Order Directing Compliance [D.E. 35], and states:

Counsel for Plaintiff, Jibrael S. Hindi, Esq., and Thomas J. Patti, Esq., respectfully, apologize to this Court for not requesting additional time for the Parties to select a mediator on or before the two-week deadline set by this Court's Scheduling Order. *See* D.E. 31 (dated April 14, 2020, and directing Lead Counsel to, among other things, select a mediator within fourteen (14) days of the date of the underlying Order).

Pursuant to this Court's Order Directing Compliance, Plaintiff's counsel is directed to show cause as to why Plaintiff's counsel should not be sanctioned and file a Notice of Mediation Conference, by June 01, 2020. *See* D.E. 35. Despite Plaintiff conveying the urgency of scheduling mediation to Defendant via four e-mails and multiple phone calls, Defendant has yet to respond to Plaintiff's good faith attempts at scheduling mediation.

Due to the unforeseen challenges raised by working remotely as a result of the current Pandemic (Covid-19), Plaintiff, respectfully, asks that this Court not impose sanctions, as

Plaintiff's failure to comply with this Court's Order [D.E. 35] was purely an inadvertent error caused by Plaintiff's difficulty in effectively coordinating with clients and co-counsel. Further, in light of the continuing uncertainty surrounding Defendant's position on Plaintiff's proposed mediator and proposed times of mediation, Plaintiff may be forced to seek an extension on June 01, 2020, or file a Motion to Compel Defendant to comply with this Court's order should Defendant remain unresponsive to Plaintiff's attempts at scheduling mediation.

Dated: May 29, 2020

Respectfully Submitted,

/s/ Jibrael S. Hindi                    .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:      855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 29, 2020, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Jibrael S. Hindi                    .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

PAGE | 2 of 2

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com